# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☒ U.S. Magistrate Judge __Andrew J. Wistrich__

From: __Criminal Intake Section__ _____, Deputy Clerk    Date Received: __1/6/2016__

Case No.: __CR15-611UA__    Case Title: __USA v. Sean Morton and Melissa Thomson__

Document Entitled: __(1) Defendant Objection to Denial  (2) Memo of Understanding__

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☒ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☐ | Other: | _____ |

*FILED CLERK U.S. DISTRICT COURT JAN - 6 2016 CENTRAL DISTRICT OF CALIFORNIA DEPUTY*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                         U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__1.6.2016__    __[signature]__
Date             ~~U.S. District Judge~~ / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 - ORIGINAL-OFFICE    COPY 2 - JUDGE    COPY 3 - SIGNED & RETURNED TO FILER    COPY 4 - FILER RECEIPT

Sean David Morton,
Melissa Thomson,
Real Parties in Interest
Pro Se
Gen. Delivery, mail-stop: 1274
Hermosa Beach, California [90274-1274]

### District Court of the United States

| | |
|---|---|
| The United States of America,<br>Plaintiffs unknown<br>-v-<br><br>**Sean David Morton,**<br>      Real Party in Interest<br>      -and-<br>**Melissa A. Thomson,**<br>      Real Party in Interest | [Case No.: 15-1762M<br>and/or<br>Case No.: CR15-611-UA]<br><br>Honorable:<br>[Magistrate Judge<br>Jacqueline Chooljian]<br><br>MEMORANDUM OF UNDERSTANDING<br>and POINTS AND AUTHORITIES IN<br>SUPPORT OF DEFENDANT'S<br>OBJECTION TO DENIAL OF DUE<br>PROCESS OF LAW AND DEMAND FOR<br>DISCLOSURE OF THE<br>CONSTITUTIONAL AUTHORITY THAT<br>GIVES THE COURT THE CAPACITY TO<br>TAKE JURISDICTION AND ENTER<br>JUDGMENTS, ORDERS, AND DECREES<br>IN FAVOR OF THE UNITED STATES<br>ARISING FROM A CIVIL OR CRIMINAL<br>PROCEEDING REGARDING A DEBT, IN<br>LOS ANGELES COUNTY, CALIFORNIA. |

## I.
## INTRODUCTION

   **COMES NOW, Sean David Morton,** a private de Jure Californian and **Melissa Ann Thomson,** a private **de jure Utahan,** American Nationals, and not US citizens as described by the 14th Amendment of the US Constitution. We are the Real Parties in Interest, Grantors/Settlors, Third Party Interest Intervenors, in the capacity of **"General Executors"** of "SEAN DAVID MORTON Estate" and the "MELISSA ANN THOMSON Estate" absolute, making this limited special appearance, not general, with all private priority God given rights innate in life itself, fully intact.

   We, **Sean David Morton** and **Melissa Ann Thomson** certify, affirm or otherwise state under penalty of perjury under the laws of California that we hold private title in allodium to the **"Private** *Cestui Que* **Trust,"** inclusive of all priority interest therein, unless otherwise rebutted by prior unrebuttable, **verified** conclusive evidence which now exists; and,

   I, **Sean David Morton,** and I, **Melissa-Ann Thomson,** further certify, affirm or otherwise state under penalty of perjury under the laws of California, that we have **not**

1
Memorandum of Understanding and Points and Authorities in Support of Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure Certificate of Authenticity
Philippians 3:20 "For our Citizenship is in Heaven..." Ephesians 2:19. "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God..." Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth. Do not hide your commandments from me."

abandoned our "**Trust Res.**" Furthermore, we are not belligerents, not enemies of the State or United States or UNITED STATES or these united States, in any of its *nom de guerres*, or enemy combatants under, including but not limited to, the "**Trading With The Enemy Act of 1917.**"

Furthermore, **Sean-David Morton** and **Melissa-Ann Thomson** are neutral in the public, are unschooled in law, and are now making a special appearance before this court under the supplemental rules of Admiralty, Rule E(8), a restricted appearance, without granting jurisdiction, and notices the court of enunciation of the principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are not attorneys and are not members of the private BAR, unschooled in law, making pleadings and/or complaints, shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any other defenses.

## II.

## MEMORANDUM OF UNDERSTANDING and POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S OBJECTION TO DENIAL OF DUE PROCESS OF LAW AND DEMAND FOR DISCLOSURE OF THE CONSTITUTIONAL AUTHORITY THAT GIVES THE COURT THE CAPACITY TO TAKE JURISDICTION AND ENTER JUDGMENTS, ORDERS, AND DECREES IN FAVOR OF THE UNITED STATES ARISING FROM A CIVIL OR CRIMINAL PROCEEDING REGARDING A DEBT, IN HERMOSA BEACH, CALIFORNIA REPUBLIC, LOS ANGELES COUNTY, CALIFORNIA

This Memorandum of Understanding and Points and Authorities is in direct reference to "US Supreme Court Case No. 14-1305, JOHN PARKS TROWBRIDGE, JR. Petitioner v. UNITED STATES OF AMERICA, Respondent. *ON PETITION FOR WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEAL FOR THE FIFTH CIRCUIT*". Taking into account the HOUSTON DIVISION CASE and THE LUFKIN DIVISION CASE, in the LONE STAR REPUBLIC of TEXAS.

The ruling by the SCOTUS was on September 15, 2015.

Not until shortly after Petitioner filed in the Supreme Court did Petitioner discover the obscure artifice used by the district judge to justify pretending that Petitioner is a resident of the geographic area in which the United States District Court for the Southern District of Texas, Houston Division is authorized to exercise jurisdiction: the District of Columbia.

You did not misunderstand the previous sentence.

2
Memorandum of Understanding and Points and Authorities in Support of Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure Certificate of Authenticity
Philippians 3:20: "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God..." Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth. Do not hide your commandments from me."

The only geographic area in which any contemporary United States District Court in America has jurisdiction is the District of Columbia.

The supreme political authority in America is the *American People* (Declaration of Independence, Conclusion; Constitution, Preamble), referred to by the Supreme Court as **"joint tenants in the sovereignty"**; to wit:

"[A]t the Revolution, the sovereignty devolved on the people, and they are truly the sovereigns of the country, but they are sovereigns without subjects . . . and have none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty." Chisholm v. Georgia, 2 U.S. 419, 471 (1793).

The sovereign authority in the District of Columbia, however—as ordained by the American People (the "Joint Tenants in the Sovereignty") in the Constitution (Article 1 § 8(17))—is *Congress*.

***Whereas,*** there is no provision of the Constitution that authorizes Congress to legislate rules or regulations (statutes) against Joint Tenants in the Sovereignty, this is not so with residents of the District of Columbia—who are subject to any legislation Congress may impose on them.

To ensnare Joint Tenants in the Sovereignty in the banker-contrived artifice of income tax in behalf of their banker creditor, Congress enacted recondite[1] legislation that would foreclose Joint Tenants in the Sovereignty from fully comprehending the law, by transmuting certain everyday *words* into statutory *terms* with a convoluted or constitutionally opposite definition and meaning, and formulating statutes (and statutory definitions) using obscure rules of statutory construction to guarantee maximum complexity—thereby allowing Federal executive and judicial officers to operate within the "letter of the law" and justify treating Joint Tenants in the Sovereignty as residents of the District of Columbia, but without having to explain what they are doing.

"*Uno absurdo dato, infinita sequuntur.* One absurdity being allowed, an infinity follow,"[2] and today we are dealing, literally, with an infinity of absurdities foisted upon us in the wake of the initial absurdity perpetrated by Congress June 30, 1864 (described in detail in both the Houston and Lufkin Record).

3
Memorandum of Understanding and Points and Authorities in Support of Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure Certificate of Authenticity
Philippians 3:20: "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God..." Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth. Do not hide your commandments from me."

On that date, Congress quietly decreed that the word "state" (and shortly thereafter "State" and "United States") means *"the territories and the District of Columbia"* (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864)—but ultimately translates to the *District of Columbia only* and excludes by design all commonwealths united by and under authority of the Constitution and admitted into the Union.

Since June 30, 1864, any Joint Tenant in the Sovereignty ("Americans") who innocently believes or admits that he resides in a *state*, *State*, or the *United States*, unwittingly confesses or concedes that he is a resident of the District of Columbia—and subject to the absolute, exclusive legislative power of Congress and jurisdiction of District of Columbia executive and bench officers (Department of Justice attorneys and United States District Judges and Magistrates).

Congress incorporated the District of Columbia as a municipal corporation on February 21, 1871,[3] and have ruled the District of Columbia under municipal (Roman civil) law ever since.

Petitioner had the Houston Division case won following Petitioner's initial March 19, 2014, motion to dismiss for lack of jurisdiction (Houston Docket #18)—because there was no evidence in the record that Petitioner was a resident of the only statutory "State" of the statutory "United States" whose residents are liable to tax under Title 26 U.S.C.: the District of Columbia.

The judge stacked the deck against Petitioner by commanding *sua sponte* [4] the DOJ attorney to file in the record what the judge would use *sub silentio* [5] to justify pretending that he was authorized to treat Petitioner as a resident of the District of Columbia: one of Petitioner's tax returns.

Courtesy of Congress, the filing of a tax return is one of an indefinite number of undefined *"acts or statements"* that purportedly prove *"a definite intention to acquire residence in the [statutory] United States"* (26 C.F.R. 1.871-4(c)(2)(iii)), i.e., the District of Columbia.

In combination with legally defective congressional legislation at 26 U.S.C. 6013(g) and (h), actors in government pretend that the filing of a tax return constitutes one's voluntary election (choice) to be treated as a resident of the District of Columbia,

4
Memorandum of Understanding and Points and Authorities in Support of Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure Certificate of Authenticity
Philippians 3:20: "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God .." Heb. 11: 13: "These all died in faith; not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth. Do not hide your commandments from me."

and thereafter pretend that they are authorized to treat the filer as such without disclosing what they are doing.

The only flaw is that an alleged *"definite intention to acquire residence"* is insufficient legal grounds in and of itself for someone to acquire or be granted residence or be treated by a government officer as a resident of a given place.

Under such logic, every non-US citizen crossing the border into America without authorization could claim the right to be treated as a resident (Note: There is no substantial difference between being *treated* as a resident and *being* a resident).

Residence depends on *facts* and is established in one of two ways: through bodily presence as an inhabitant of, or realization of earnings in, a given place / geographic area.

The Supreme Court, whose opinions are not law per se, but have the *effect* of law, affirms that no one can *elect* (choose) to be treated as a resident of a particular place for the purpose of taxation (or any other purpose) without also having a factual presence in that location; to wit:

"When one intends the facts to which the law attaches consequences, he must abide the consequences whether intended or not. One can not elect to make his home in one place in point of interest and attachment and for the general purposes of life, and in another, where he in fact has no residence, for the purpose of taxation. . . ." *Texas v. Florida, 306 U.S. 398 (1939).*

Exercise of jurisdiction (from the Latin *jus* right, *dictio* act of saying) always is confined to a specific geographic area.

In a judicial sense, "jurisdiction" means, essentially, the legal power, right, or authority to hear and determine causes and pronounce the sentence of the law <u>within the exterior limits of a defined geographic area</u>.

When the Houston Division judge ruled "This court has jurisdiction" (Houston Dkt. #42), he was pretending *sub silentio* that the alleged *"quasi-contractual right to treat Petitioner as a resident of the District of Columbia by reason of the Court's unilateral application of the provisions of 26 U.S.C. 6013(g) or (h) against Petitioner"* is the same thing as *jurisdiction—<u>which it is not</u>*!

5
Memorandum of Understanding and Points and Authorities in Support of Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure Certificate of Authenticity
˙ Philippians 3:20: "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God ..." Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19- "I am a stranger in the earth. Do not hide your commandments from me."

The entire Houston Division evolution was necessitated by complicity on the part of the district judge, appeals court judges, and Supreme Court justices that:

(1) the tax return ordered entered in evidence by the district judge is "proof" of *"a definite intention [on the part of Petitioner] to acquire residence"* in the District of Columbia,

(2) Petitioner elected (chose), under 26 U.S.C. 6013(g) or (h), to be treated as a resident of the District of Columbia for purposes of tax under Chapters 1 and 24 of Title 26 U.S.C., and

(3) the district judge is authorized to treat Petitioner as a resident of the District of Columbia and conceal from Petitioner the legal authority he is using to do it.

It took the Petitioner over 19 months in the Houston Division, Fifth Circuit, Supreme Court, and Lufkin Division cases [6] to ascertain precisely what to say and do— *no more, no less*—to get the agreement of the judges, magistrates, and DOJ attorneys in the Lufkin Division case that

(1) the Hoax of Federal Jurisdiction is over, and

(2) they are culpable for fraud and treason to the Constitution.

There is no reason why that particular filing (Lufkin Dkt. #58) will not work to bring any other Federal case, civil or criminal, anywhere in the Union, to a halt—because there is no constitutional authority that gives any contemporary United States District Court the capacity to take jurisdiction and *"enter judgments, orders, and decrees in favor of the United States and arising from a civil or criminal proceeding regarding a debt"* (28 U.S.C. 3002(8)) in any county, parish, or borough in America—and no one can produce such authority.

• * *

## III

## THE LUFKIN DIVISION CASE

The Houston Division case commenced January 7, 2014, the Lufkin Division case exactly six months later, July 7, 2014.

6
Memorandum of Understanding and Points and Authorities in Support of Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure Certificate of Authenticity
Philippians 3:20: "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God..." Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth. Do not hide your commandments from me."

(2) the court is an Article IV legislative court of general jurisdiction — with authority only in *"Territory or other Property belonging to the United States"* (Constitution, Article 4 § 3(2)), such as the District of Columbia.

All motions are in the nature of a *request* — and the Lufkin Court denied Petitioner's motion / request to certify the aforesaid Order Governing Proceedings for appeal to the Fifth Circuit.

Petitioner is a Joint Tenant in the Sovereignty *(Chisholm v. Georgia,* 2 U.S. 419, 471 (1793)).

The reason Petitioner's last two Lufkin Division filings are *demands* (and not motions) is that there is no constitutional authority that gives the Lufkin Division judges or magistrates capacity to take jurisdiction in Tyler County, Texas — making all of them OUTLAWS usurping exercise of **JURISDICTION IN EXTRA-CONSTITUTIONAL GEOGRAPHIC AREA,** Petitioner the ranking participant in the Lufkin Division Federal-jurisdiction charade, and a *demand* the proper form of address.

※ ※ ※

# IV

# DEFINITIONS

[1] recon*dite . . . adjective . . .* very difficult to understand and beyond the reach of ordinary comprehension and knowledge : deep . . . *Merriam-Webster's Unabridged Dictionary,* Incorporated Version 2.5 (Merriam-Webster, Inc.: Springfield, Mass., 2000), s.v. "Recondite."

[2] John Bouvier, *Bouvier's Law Dictionary,* Third Revision (Being the Eighth Edition), revised by Francis Rawle (West Publishing Co.: St. Paul, Minn.: 1914), p. 2166.

[3] "An Act to provide a Government for the District of Columbia," ch. 62, 16 Stat. 419, February 21, 1871 [*Go to* "Turn to image" 419]; later legislated in "An Act Providing a Permanent Form of Government for the District of Columbia," ch. 180, sec. 1, 20 Stat. 102, June 11, 1878, to remain and continue as a municipal corporation (brought forward from the Act of 1871, as provided in the Act of March 2, 1877, amended and approved

8
Memorandum of Understanding and Points and Authorities in Support of Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure Certificate of Authenticity
Philippians 3:20: "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God..." Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth. Do not hide your commandments from me."

March 9, 1878, *Revised Statutes of the United States Relating to the District of Columbia . . . 1873–'74* (in force as of December 1, 1873), sec. 2, p. 2); as amended by the Act of June 28, 1935, 49 Stat. 430, ch. 332, sec. 1 (Title 1, Section 102, District of Columbia Code (1940)).

[4] SUA SPONTE. Lat. Of his or its own will or motion ; voluntarily; without prompting or suggestion. Henry Campbell Black, *A Dictionary of Law* (West Publishing Co.: St. Paul Minn., 1891); p. 1129.

[5] SUB SILENTIO. Under silence ; without any notice being taken. . . . *Id.*

[6] The record of these cases is a presentation of law, fact, and evidence not found anywhere else.

DATED this 4th day of January 2016.

s/ *Sean-David Morton*
Sean-David Morton, Real Party in Interest,
All Rights & Defenses Reserved Without
Prejudice, Agent for Principal without Liability,
Without Recourse

s/ *Melissa-Ann Thomson*
Melissa-Ann Thomson, Real Party in Interest,
All Rights & Defenses Reserved Without
Prejudice, Agent for Principal without Liability,
Without Recourse

9
Memorandum of Understanding and Points and Authorities in Support of Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure Certificate of Authenticity
Philippians 3:20: "For our Citizenship is in Heaven…" Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God …" Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth. Do not hide your commandments from me."

Sean David Morton,
Melissa Thomson,
Real Parties in Interest
Pro Se
Gen. Delivery, mail-stop: 1274
Hermosa Beach, California [90274-1274]

## District Court of the United States

| | |
|---|---|
| The United States of America,<br>Plaintiffs unknown<br>-v-<br><br>**Sean David Morton**,<br>    Real Party in Interest<br>    -and-<br>**Melissa A. Thomson**,<br>    Real Party in Interest | [Case No.: 15-1762M<br>and/or<br>Case No.: CR15-611-UA]<br><br>Honorable:<br>[Magistrate Judge<br>Jacqueline Chooljian]<br><br>DEFENDANT'S OBJECTION TO DENIAL OF DUE PROCESS OF LAW AND DEMAND FOR DISCLOSURE OF THE CONSTITUTIONAL AUTHORITY THAT GIVES THE COURT THE CAPACITY TO TAKE JURISDICTION AND ENTER JUDGMENTS, ORDERS, AND DECREES IN FAVOR OF THE UNITED STATES ARISING FROM A CIVIL OR CRIMINAL PROCEEDING REGARDING A DEBT, IN LOS ANGELES COUNTY, CALIFORNIA. |



### I.

### INTRODUCTION

    COMES NOW, Sean David Morton, a private de Jure Californian and **Melissa Ann Thomson**, a private **de jure Utahan**, American Nationals, and not US citizens as described by the 14th Amendment of the US Constitution. We are the Real Parties in Interest, Grantors/Settlors, Third Party Interest Intervenors, in the capacity of "**General Executors**" of "SEAN DAVID MORTON Estate" and the "MELISSA ANN THOMSON Estate" absolute, making this limited special appearance, not general, with all private priority God given rights innate in life itself, fully intact.

    We, **Sean David Morton** and **Melissa Ann Thomson** certify, affirm or otherwise state under penalty of perjury under the laws of California that we hold private title in allodium to the "**Private Cestui Que** Trust**,**" inclusive of all priority interest therein, unless otherwise rebutted by prior unrebuttable, **verified** conclusive evidence which now exists; and,

    I, **Sean David Morton**, and I, **Melissa-Ann Thomson,** further certify, affirm or

Page 1 of 5
Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure
Certificate of Authenticity
Philippians 3:20: "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God..." Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119.19: "I am a stranger in the earth. Do not hide your commandments from me."

otherwise state under penalty of perjury under the laws of California, that we have **not abandoned our "Trust Res."** Furthermore, we are not belligerents, not enemies of the State or United States or UNITED STATES or these united States, in any of its *nom de guerres*, or enemy combatants under, including but not limited to, the **"Trading With The Enemy Act of 1917."**

Furthermore, **Sean-David Morton** and **Melissa-Ann Thomson** are neutral in the public, are unschooled in law, and are now making a special appearance before this court under the supplemental rules of Admiralty, Rule E(8), a restricted appearance, without granting jurisdiction, and notices the court of enunciation of the principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are not attorneys and are not members of the private BAR, unschooled in law, making pleadings and/or complaints, shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any other defenses.

## II.

**DEFENDANT'S OBJECTION TO DENIAL OF DUE PROCESS OF LAW AND DEMAND FOR DISCLOSURE OF THE CONSTITUTIONAL AUTHORITY THATGIVES THE COURT THE CAPACITY TO TAKE JURISDICTION AND ENTER JUDGMENTS, ORDERS, AND DECREES IN FAVOR OF THE UNITED STATES ARISING FROM A CIVIL OR CRIMINAL PROCEEDING REGARDING A DEBT, IN HERMOSA BEACH, CALIFORNIA REPUBLIC, LOS ANGELES COUNTY, CALIFORNIA**

NOW COMES defendants Sean-David Morton and Melissa-Ann Thomson (the "Defendants") in the above-captioned matter, specially and not generally, to Object to denial of due process of law and demand disclosure of the constitutional authority that gives the Court the capacity to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, in Hermosa Beach, California, in the County of Los Angeles, California.

This Court is a district court of the United States and federal trial court authorized by statute to enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt; to wit:

> The United States District Courts are trial courts. Trial courts, as opposed to appellate courts, are courts that hear both civil and criminal cases through examination and cross-examination by attorneys...*The Oxford Companion to American Law*, Kermit L. Hall, editor in chief (Oxford University Press: Oxford, 2002), p. 175 (s.v. "Courts, United States").

> The United States district courts are the trial courts of the federal court system. Within limits set by Congress and the Constitution, the district

Page 2 of 5
Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure
Certificate of Authenticity
Philippians 3:20; "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God..." Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth: Do not hide your commandments from me."

courts have jurisdiction to hear nearly all categories of federal cases, including both civil and criminal matters. USCourts.gov, "District Courts," http://www.uscourts.gov/FederalCourts/UnderstandingtheFederalCourts/DistrictCourts.aspx (accessed March 18, 2015).

> § 3002. Definitions
> As used in this chapter:
> ...(2) "Court" means any court created by the Congress of the United States, excluding the United States Tax Court.
> (3) "Debt" means-
> ...(B) an amount that is owing to the United States on account of a[n] assessment, penalty... interest, tax... recovery of a cost incurred by the United States, or other source of indebtedness to the United States...
> ...(8) "Judgment" means a judgment, order, or decree entered in favor of the United States in a court and arising from a civil or criminal proceeding regarding a debt. Title 26 U.S.C. Chapter 176 *Federal Debt Collection Procedure.*

> The best-known courts are courts of...unlimited trial jurisdiction, both civil and criminal, within their jurisdictional area. At the federal level, these are called DISTRICT COURTS... *West's Encyclopedia of American Law,* Volume 9 (West Group: St. Paul, Minn., 1998), p. 316.

The statutory authority for the Court to enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, is clear; e.g.:

> As stated in the United States' Complaint, this Court has jurisdiction pursuant to 28 U.S.C. § 1340, which gives district courts "original jurisdiction of any civil action arising under any Act of Congress providing for internal revenue..." Further, this Court has jurisdiction under 28 U.S.C. § 1345, which gives district courts "original jurisdiction of all civil actions, suits or proceedings commenced by the United States..." [Footnotes omitted.]

What is not clear, however, is the constitutional authority that gives this Court the capacity to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, *in HERMOSA BEACH, CALIFORNIA in the COUNTY OF Los Angeles California,* because a lawsuit authorized by the statutes of Congress is not, in and of itself, sufficient to vest jurisdiction in this Court; to wit:

> So, we conclude, as we did in the prior case, that, although these suits may sometimes so present questions arising under the Constitution or laws of the United States that the Federal courts will have jurisdiction, yet the mere fact that a suit is an adverse suit authorized by the statutes of Congress is not in and of itself sufficient to vest jurisdiction in the Federal courts. *Shoshone Mining Co. v. Rutter,* 177 U.S. 505, 513 (1900).

Statutory authority for a federal trial court, such as this Court, to enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal

Page 3 of 5
Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure
Certificate of Authenticity
Philippians 3:20: "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God ..." Heb. 11. 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth. Do not hide your commandments from me."

proceeding regarding a debt, is irrelevant if the capacity to take jurisdiction is not given by the Constitution; to wit:

> It remains rudimentary law that "[a]s regards all courts of the United States inferior to this tribunal, *two things are necessary to create jurisdiction, whether original or appellate. The Constitution must have given to the court the capacity to take it, and an act of Congress must have supplied it...* To the extent that such action is not taken, the power lies dormant." *The Mayor v. Cooper*, 6 Wall. 247, 252, 18 L.Ed. 851 (1868) (emphasis added); accord, *Christianson v. Colt Industries Operating Co.*, 486 U.S. 800, 818, 108 S.Ct. 2166, 2179, 100 L.Ed.2d 811 (1988); *Firestone Tire & Rubber Co. v. Risjord*, 449 U.S. 368, 379-380, 101 S.Ct. 669, 676-677, 66 L.Ed.2d 571 (1981); *Kline v. Burke Construction Co.*, 260 U.S. 226, 233-234, 43 S.Ct. 79, 82-83, 67 L.Ed. 226 (1922); *Case of the Sewing Machine Companies*, 18 Wall. 553, 577-578, 586-587, 21 L.Ed. 914 (1874); *Sheldon v. Sill*, 8 How. 441, 449, 12 L.Ed. 1147 (1850); *Cary v. Curtis*, 3 How. 236, 245, 11 L.Ed. 576 (1845); *Mcintire v. Wood*, 7 Cranch 504, 506, 3 L.Ed. 420 (1813). [Underline emphasis added.] *Finley v. United States*, 490 U.S. 545 (1989).

*Whereas*: The Constitution provides more than one form of law in which federal trial courts are authorized to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt; and;

*Whereas*: It is unknown under which of those forms of law provided in the Constitution the Court is seated; and

*Whereas*: This Court has failed for 4 months of sealed, behind the scenes, mysterious proceedings, to disclose to Defendants under which particular form of law the Court is seated or the constitutional authority that gives the Court the capacity to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, in Hermosa Beach, California, Los Angeles County, California - which omission constitutes a denial of due process of law; and;

*Whereas*: It is impossible for Defendants to mount a proper defense, or file motions for the return of their unlawfully seized property, if Defendants do not know the constitutional authority that gives the Court the capacity to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, in Hermosa Beach, California, Los Angeles County, California; and

Page 4 of 5
Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure
Certificate of Authenticity
Philippians 3:20: "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God..." Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth. Do not hide your commandments from me."

*Whereas*: If Defendants are foreclosed from mounting a proper defense because the Court will not disclose the constitutional authority that gives the Court capacity as aforesaid, Defendants will not be able to have a fair proceeding; and

*Whereas*: Disclosure by the Court of the constitutional authority that allows the Court to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, in Hermosa Beach, California, Los Angeles County, California, will allow Defendants to know the particular form of law under which the Court is seated and mount a proper defense,

*Wherefore*: Defendant hereby Demands disclosure of the constitutional authority that gives the Court the capacity to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, in Los Angeles County, California.

## III

## CONCLUSION

Unless a response, denial or rebuttal of these assertions point by point are received by Defendants within T+72 hours, allowing 72 hours for mailing and 72 hours for return, through tacit acquiesce and agreement, all the assertions in this document shall stand as truth in fact and proof in law and that no constitutionality or capacity for this Court exists in this matter.

DATED this ___4th___ day of January 2016.

s/ _____Sean-David Morton_____
Sean-David Morton, Real Party in Interest,
All Rights & Defenses Reserved Without
Prejudice, Agent for Principal without Liability,
Without Recourse

s/ _____Melissa-Ann Thomson_____
Melissa-Ann Thomson, Real Party in Interest,
All Rights & Defenses Reserved Without
Prejudice, Agent for Principal without Liability,
Without Recourse

Page 5 of 5
Defendant's Objection to Denial of Due Process of Law and Demand for Disclosure
Certificate of Authenticity
Philippians 3:20: "For our Citizenship is in Heaven..." Ephesians 2:19: "Now, therefore you are no longer strangers and foreigners, but fellow Citizens with the Saints and members of the household of God..." Heb. 11: 13: "These all died in faith, not having received the promises, but having seen them from far off and were assured of them, embrace them and confess that they were strangers and pilgrims on the earth." Psalms 119:19: "I am a stranger in the earth. Do not hide your commandments from me."