UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:15-cr-00611-SVW | Date | March 14, 2016 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | Deborah Gackle | Valerie L. Makarewicz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Sean David Morton | | X | X | Yasmin Cader, DFPD | | X | X |

**Proceedings:**  STATUS CONFERENCE re
[48] EX PARTE APPLICATION for Hearing as to Status Re Melissa Morton's Request to Proceed In Pro Per Filed by Defendant Melissa Morton
[50] EX PARTE APPLICATION for Hearing FOR DEFENDANTS TO REPRESENT THEMSELVES Filed by Plaintiff USA
[51] REQUEST to Withdraw EX PARTE APPLICATION for Hearing as to Status Re Melissa Morton's Request to Proceed In Pro Per Filed by Defendant Melissa Morton
[52] STIPULATION for Disclosure of Third-Party Tax Return Information Pursuant to 26 U.S.C. § 6103(h)(4)(D). filed by Plaintiff USA as to Defendant Sean David Morton, Melissa Morton
[54] STIPULATION to Continue Trial and Excludable Time Periods Under Speedy Trial Act from March 29, 2016 to November 1, 2016 filed by Plaintiff USA as to Defendant Sean David Morton, Melissa Morton
[55] APPLICATION for Protective Order Re: Disclosure of Confidential Tax Return and Private Financial Information to Defendant Sean David Morton

Conference held.  Upon request of defendant Sean David Morton to proceed in pro per, the Court relieves Jill K. Gintsling and Yasmin Cader, of the Office of the Federal Public Defender, as attorneys of record.  Defendant Sean David Morton request to proceed in pro per is granted.

Defendant Melissa Morton advises the Court, through her attorney of record, Steven A. Brody, that she withdraws her request to proceed in pro per.

The jury trial currently set for March 29, 2016 is vacated.

The matter is continued to March 23, 2016 at 11:00 a.m.

| | : | 22 |
|---|---|---|
| | Initials of Deputy Clerk | PMC |

cc:  USPO
     USM
     PSLA