Sean David Morton,
565 Pier Avenue, #1274
Hermosa Beach, California, 90274-1274



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>-v-<br><br>**SEAN DAVID MORTON** | Case #s: [15-00611(A) ]<br><br>**Notice of Non-Response and legally binding agreement by Plaintiff of their dishonor**<br><br>**CERTIFICATE OF DISHONOR** |

## Notice of non-response and legally binding agreement by plaintiff of their dishonor

## CERTIFICATE OF DISHONOR

1. On and for the record, i: a man, Sean-David, Morton, not SEAN DAVID MORTON, swear to and CERTIFY the following:

    A. I certify I have firsthand knowledge of the truth of the contents herein.

    B. **Plaintiff was granted 21 days after filing with this court a NOTICE OF DISHONOR on July 8, 2016, as notice of right to defend and Plaintiff has failed to rebut my claims.**

    ### UCc § 3-119. NOTICE OF RIGHT TO DEFEND ACTION.

    In an action for breach of an obligation for which a third person is answerable over pursuant to this Article or Article 4<u>, the defendant may give the third person notice of the litigation in a record, and the person notified may then give similar notice to any other person who is answerable over</u>. If the notice states (i) **that the person notified may come in and defend** and (ii) <u>that failure to do so will bind the person notified in an action later brought by the person giving the</u>

<u>notice as to any determination of fact common to the two litigations, the person notified is so bound unless after seasonable receipt of the notice the person notified does come in and defend.</u>

C. Plaintiff is in agreement that they are in dishonor.

D. There is no objection to the fact that i: a man, have dishonored the entire proceeding Case No.: [15-00611(A) under the Uniform Commercial code, in particular UCc 3-503, 3-504, 3-505 (Notice of Dishonor)

E. Plaintiff agrees there is no jurisdiction established on the record and that jurisdiction must be proven on the record.

F. The Plaintiff has agreed in this matter *in pais* that they have no standing or *corpus delicti,* therefore subject matter jurisdiction is impossible to establish to grant the court authority to act in this matter.

G. Plaintiff agrees they know that I object to the court moving forward against me without proving jurisdiction on the record.

H. Plaintiff agrees that I have never knowingly or willingly granted the court jurisdiction.

I. Plaintiff agrees that I pled not guilty under direct threat of further interminable imprisonment, duress and coercion, which we all know, or should know, does void my forced plea.

J. Plaintiff agrees this matter was settled by the many "copious" letters submitted using administrative process and procedures that ended in my favor, with my claims standing as truth un-rebutted.

**CERTIFICATE OF DISHONR**

K. Plaintiff agrees they testified in this matter already during a hearing on March 14, 2016 that they did not respond to the many letters and notices of dishonor that I sent in good faith.

L. Plaintiff agrees they are in receipt of a **Certificate Of Estoppel** that bars this entire argument, as the matter is already settled administratively in my favor.

M. Plaintiff agrees they have shown bad faith in negotiations refusing to finish good faith negotiations by administrative remedies.

N. **i: a man, Sean-David, Morton, aggrieved by Plaintiff's false claim, with a right to remedy, do CERTIFY that the Plaintiff's claim is barred for lack of subject matter jurisdiction and because it is void as moot.**

I certify under penalty of perjury the foregoing is true and correct under US laws.

Signed: _____ 1-308 without prejudice
Signed Sean David, Morton

Executed on: July 30, 2016

sean : - : david, agent                                      Seal

Notarized as a Compelled Benefit.

**CERTIFICATE OF DISHONR**

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**　　　　　**GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

*Signature of Document Signer No. 1*　　　　　*Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this **30** day of **July**, 20**16**, by
(1) **Sean D. Morton**



(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature **Sandra Ferrer**
Signature of Notary Public

Place Notary Seal Above

──────────── **OPTIONAL** ────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: **Certificate of Dishonor**　Document Date: _____
Number of Pages: ____　Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)　Item #5910