

Sean David Morton,
565 Pier Avenue, #1274
Hermosa Beach, California, near PZ [90254-2527]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>-v-<br><br>**SEAN DAVID MORTON** | Case #s: **[15-00611(A) ]**,<br><br>CERTIFIED OBJECTION TO<br>DAVID KROPP AS A<br>WITNESS, EXCEPTION AND<br>NOTICE OF DISHONOR |

### CERTIFIED OBJECTION TO DAVID KROPP AS A WITNESS, EXCEPTION AND NOTICE OF DISHONOR

i: a man, Sean David, Morton, expressly not SEAN DAVID MORTON, make this SPECIAL NOT GENERAL APPEARANCE, and do give this court mandatory judicial notice: with this CERTIFIED OBJECTION, EXCEPTION AND NOTICE OF DISHONOR.

1. i; a man, Sean David, Morton, object to and have dishonored this entire proceeding and therefore as a result I also object to the use of David L. Kropp.

2. David L. Kropp has no first hand personal experience or first hand knowledge in this matter.

3. David L. Kropp is not an impartial  third party witness because he is paid by the Plaintiff.

4.    Mr. Kropp has no ability to prove my culpability or my personal state of mind now or at any other time in the past.

Please find as an attachment [ATTACHMENT 1] to this CERTIFIED OBJECTION, EXCEPTION AND NOTICE OF DISHONOR the CERTIFIED DISHONORED PRESENTMENT, of the notice letter to use Mr. David L. Kopp as a witness from the Plaintiffs.

Rule 902: I affirm under penalty of perjury the foregoing is true and correct under US laws.

Date: 5/14/16

Signed: _____ UCc 1-308 without prejudice    Sean David, Morton    sean : - : david,  common law agent

Seal

# ATTACHEMENT 1



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Valerie L. Makarewicz*
*James C. Hughes*
*Assistant United States Attorneys*
*Telephone: (213) 894-2729*
*Facsimile: (213) 894-0115*
*E-mail:   Valerie.Makarewicz@usdoj.gov*

*Federal Building*
*300 N. Los Angeles Street, Room 7211*
*Los Angeles, CA 90012*

August 9, 2016

**VIA U.S. MAIL**

Sean David Morton
565 Pier Avenue, Box 1274
Hermosa Beach, CA 90274

Steven Andrew Brody
Law Offices of Steven Brody
350 S. Figueroa Street
Ste. 975
Los Angeles, CA 90071

Re:   United States v. Sean David Morton, et al.
        Case No. CR 15-0611 SVW

Dear Mr. Morton and Mr. Brody:

By this letter the government hereby informs you that it intends to call IRS Group Manager David L. Kropp as a witness in its case in chief.

By this letter, the government also reiterates its request for written summary and all information to which it is entitled of any testimony that any defendant intends to use at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

Qualifications of Mr. Kropp

Mr. Kropp has been employed with the IRS since approximately 1988.  He is currently employed with the IRS Office of Examination of Small Business Self-Employed Operating Division.  The positions held by Mr. Kropp with the IRS are as follows:

1.  2009 to present:  Group Manager.  In this position, he oversees approximately 9 tax auditors and 2 support staff.

2.  July 1988 to October 2001 and from April 2005 to 2009:  Tax auditor (tax compliance officer).  In this position, Mr. Kropp was involved in conducting audits of tax returns (including IRS Forms 1040 and 1040X), including Schedules A, C, D, E, and F and audits of small corporations and partnerships.

3.  October 2001 to April 2005:  Senior Tax Specialist with the Taxpayer Education and Communication Department of the IRS.  In this position, Mr. Kropp taught and

conducted tax preparation and payroll seminars to the public (volunteer tax preparation sites); he also conducted seminars and spoke at meetings held by tax preparers organizations. He also provided information about changes in the tax laws.

Mr. Kropp has received training in Phase I and Phase II audits (dealing with audits of Form 1040, including filing status, exemptions, and Schedules A, D, and E). He also received training in Phase III audits (dealing with Schedules C and F - small businesses and farms). Mr. Kropp has also attended annual continuing professional education training. In 2005, Mr. Kropp attended training on audits of corporations and partnerships.

During the course of his employment with the IRS, Mr. Kropp conducted thousands of tax audits, including audits of Form 1040 and 1040X and Schedule A, correspondence audits, and in-person audits. Since 2000, Mr. Kropp has also been an instructor and trainer of newly-hired IRS tax auditors. He has instructed on audits of Form 1040, including Schedules A, B, C, D and E. From 1989 to 2002, Mr. Kropp was an instructor at volunteer tax preparation sites. In that capacity, he provided training on tax preparation, including Form 1040.

Mr. Kropp received a B.A in Economics from the University of California (Irvine) in 1984. He also has 24 course units in Accounting from Indiana University.

Mr. Kropp also testified recently in federal criminal cases *United States v. Matthew Carl Berry*, et al., No. ED CR 06-00075-SGL (C.D. Cal.), *United States v. Willew Clargett*, No. ED CR 09-00005-TJH (C.D. Cal.), *United States v. Arturo S. Ruiz*, et al., No. SA CR 11-00009-JST (C.D. Cal.), *United States v. Suemy Gongora, at al.*, SA CR 11-00009-JST (C.D. Cal.), *United States v. John Jackson*, SA CR 11-00213-JST, *United States v. Jose Tavares Hernandez*, SA CR D-00232-JLS, *United States v. Fernando Tavares Hernandez* SA CR 11-00231-DOC, *United States v. Jose Tavares Hernandez*, SA CR 11-00232-JLS, and *United States v. Osman Morales*, SA CR 11-00247-JST-1 (C.D. Cal.) .

Testimony of Mr. Kropp

Mr. Kropp will testify concerning IRS tax forms, IRS procedures, general tax rules, preparation of income tax forms (including Form 1040 and 1040X). Mr. Kropp's testimony will include, but is not limited to the following: (1) tax filing income threshold; (2) explanation of the meaning and requirements of the line items on IRS Forms 1040 and 1040X and Schedules; and (3) IRS Forms 1099.

Mr. Kropp will also testify concerning the IRS's Integrated Data Management System ("IDRS"). As part of his testimony concerning IDRS, Mr. Kropp will testify that IDRS is a database that contains taxpayer tax return information, taxpayer statement of account (including refunds and payments), and taxpayer income documents (including W-2's, 1099's and 1098's).

The bases and reasons of Mr. Kropp's testimony are as follows: his training, experience and education as set forth above. Although we do not consider his testimony to be "expert testimony" within the scope of Federal Rule of Evidence 702, please regard this letter as satisfying any notice requirements imposed by Rule 16(a)(1)(G).

ᴇ: Notice of Testimony
August 9, 2016
Page 3

As always, please feel free to contact me if you have any questions concerning this matter.

Respectfully,

EILEEN M. DECKER
United States Attorney

_____/S/_____
VALERIE L. MAKAREWICZ
JAMES C. HUGHES
Assistant United States Attorney

I dishonor the above presentment, under the Uniform Commercial code, in particular UCc 3-503, 3-504, 3-505 (Notice of Dishonor)

SIGNED Sean-David: Morton
sean : - : david, agent

UCC 1-308