Sean David Morton,

565 Pier Avenue, #1274

Hermosa Beach,

California Republic, [near PZ# 90274-1274]



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA [sic] <br> **Plaintiff Unknown** <br><br> -v- <br><br> **Sean David Morton [sic]** <br> **Real-Party-In-Interest,** <br> **Executor General** | Case #s: [CR-15-00611(A) ] SVW* <br> *[CASE CUSIP #31638R881, #31641Q854 <br> and #315792416 ] <br> **Hon. Judge Stephan V. Wilson** <br><br> **DEMAND FOR VERIFIED** <br> **CERTIFICATE OF IDENTITY** |
|---|---|

### DEMAND FOR A VERIFIED CERTIFICATE OF IDENTITY

i , [as] man, Sean-David: Morton, The "Real-Party-in-Interest" moves this Honorable Court to issue an ORDER to the prosecution to produce a "Verified Certificate of Identity" pursuant to **[FRCr.P. Rule S(c)(3)]** which is subscribed and sworn to, under the penalty of perjury, based on first hand knowledge of the facts that proves that i , [as] man, "Real-Party-in-Interest" is the party who is the

private individual alleged to have committed the following offenses:

1.) 18 **usc§** 371;

2.) 18 **usc§** 287;

3.) 18 **usc§** 514;

Page 1

4.) **18 USC§ 2(b)**;

all as enumerated in the *"FIRST SUPESEDING INDICTMENT"*, filed on or about January 27, 2016.

Failure and/or refusal to produce a **"Verified Certificate of Identity,"** shall constitute the prosecutions tacit agreement that i , [as] man, Sean-David: Morton, the "Real-Party-in-Interest" is not the "defendant" in the instant matter now pending before this court.

Furthermore, the presumption shall be taken that no witnesses exist with a verified claim or first hand knowledge of the facts, against the Real-Party-in- Interest, and that no violations of the United States Code as enumerated above exists.

DATED this _7th_ day of March ___, 2017.

s/ _Sean-David: Morton_

i , [as] man,  Real Party in Interest,

All Rights And Defenses Reserved Without Prejudice.