\*

Sean David Morton,
565 Pier Avenue, #1274
Hermosa Beach, California, 90274-1274



### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA[sic]<br>Plaintiff Unknown<br><br>-v-<br><br>Sean-David: Morton [sic] | Case #s: [CR-15-00611(A) ] SVW\*<br>\*[Case CUSIP #31638R881, #31641Q854<br>and #315792416 ]<br>Hon. Judge Stephan V. Wilson<br><br>Notice of Trespass.<br><br>**DEMAND FOR PLAINTIFF<br>TO APPEAR** |

# INTRODUCTION

COMES NOW i, [as] man, Sean-David: Morton, The Real-Party-In-Interest, a Third Party Interest Intervenor and Beneficiary of SEAN DAVID MORTON, who is neutral in the public, who is an *"idiota"*, and unschooled in law, now makes a special appearance before this court under the supplemental rules of Admiralty, Rule E(8), a restricted appearance, without granting jurisdiction.

## NOTICE OF TRESPASS.

## DEMAND FOR THE PLAINTIFF TO APPEAR

i , [as] man, require the UNITED STATES OF AMERICA to show up and appear before this court and verify his/her claim against me so i may cross examine my accuser

(the "Plaintiff" must appear) and compensate him/her for any harm i , as a living man, may have caused him or her. If this man/woman that goes by the name 'UNITED STATES OF AMERICA' cannot show up to verify his/her claim, i require this matter be immediately vacated.

It is my firm and steadfast deeply held personal belief there is no flesh and blood living man or woman named 'UNITED STATES OF AMERICA' who can verify this complaint by uttering with his/her human voice that i, [as] man, have done wrong or caused him or her personal harm, injury, or loss, therefore pressing it upon the record in open court.

It is also my belief, that Ellen Decker, James C. Hughes and Valerie Makawitz are filing complaints (false claims) on behalf of this entity known as the 'UNITED STATES OF AMERICA' in an attempt to unjustly enrich themselves and the 'UNITED STATES OF AMERICA" and deprive me of my right to freedom without due process of law.

If this matter is not immediately vacated, i will bring a proper and verifiable claim before the court to address this trespass against me in the proper venue- that being a court of record (trespasses being: filing false claims, barratry, extortion, malicious prosecution, unjust enrichment, theft, robbery, assault and battery, false imprisonment, etc.), in which i will be requiring compensation for all of these crimes and trespasses and for wasting my valuable time, money, and resources having to deal with this complaint, as i do not have time to answer complaints without compensation at this time.

If there is an actual verifiable claim before the court, i [as] man, will be more than happy to show up free of charge and address any proper and verifiable claim against me, the living man and flesh and blood human being of  i , [as] man, Sean-David: Morton.

I certify under penalty of perjury the foregoing is true and correct under US laws.

Signed: _____

Signed: Sean David, Morton

i, [as] man, The Real-Party-In-Interest

Executed on: March 7, 2017

sean : - : david, agent                           Seal

Notarized as a Compelled Benefit.