Sean David Morton,

565 Pier Avenue, #1274

Hermosa Beach,

California Republic, [near PZ# 90274-1274]



## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA [sic] **Plaintiff Unknown** -v- **Sean David Morton** [sic] [a] man. Real-Party-In-Interest, Executor General | Case #s: [CR-15-00611(A) ] SVW* *[CUSIP #31638R881, #31641Q854 and #315792416 ] **Hon. Judge Stephan V. Wilson** **NOTICE OF MOTION- MOTION FOR DISCOVERY** |
|---|---|

### I.

### NOTICE OF MOTION- MOTION FOR DISCOVERY

Pursuant F.R.C.P. Rule 26 "Duty to Disclose" and Brady -v- Maryland, the "Real Party in Interest" moves this Honorable Court to enter an order to the prosecution to turn over all discoverable information the prosecution intends to introduce as evidence at the trial which includes but is not limited to all:

1.) Witnesses who have personal first hand knowledge of the offenses alleged in the true bill, which shall include the name, address and telephone number - along with the subject matter the party intends to disclose as it pertains directly to this matter;

2.) Copies of all documents, electronically stored information, tangible things, that the prosecution has in its possession, custody or control;

3.) All computations used to calculate any and all losses or potential losses, including but not limited to the baselines for such calculations;

4.) Any and all administrative records including but not limited to any and all communications

Page 1

by the IRS to the Real Party in Interest;

5.) Any and all forfeiture actions in rem brought by the IRS in the U.S. Tax Court;

6.) Any and all verified liens, levies or distraints filed by the IRS;

7.) Any and all judgments obtained by the IRS in the U.S. District Court for the Central District of California;

8.) Disclosure of expert testimony inclusive of the information the expert witness intends to present as evidence under the Federal Rules of Evidence, Rules 702, 703 and 705; and,

9.) Prepare a written report- prepatred and signed by the witness under penalty of perjury - provide information concerning whether or not the witness is retained or specifically employed to provide expert testimony in the case or one whose regular duties as the prosecutions employee is giving expert testimony.

The report shall contain:

(i) A complete statement of all opinions the witness will express and the basis and reasons for them;

(ii) The facts or data considered by the witness in forming such opinions;

(iii) Any exhibit that will be used to summarize the report;

(iv) The witnesses qualifications, including a list of all other cases in which they have testified and copies of all publications they may have authored in the previous 10 years;

(v) A list of all other cases in which, during the previous 4 years, the witness testified to as an expert at trial or by deposition; and,

(vi) A statement of the compensation to be paid for the testimony in this case and other cases within the last 5 years;

10.) The subject matter in which the expert witness IS expected to present evidence;

11.) Present the indemnity bond which the prosecution must use to indemnify the living man, Sean-David: Morton, the "Real Party in Interest;"

12.) Produce information which the prosecution's witnesses intend testified to and how it directly relates to the current case;

13.) Produce a list of potential witnesses, names, addresses and telephone numbers, who were interviewed by IRS- CID Peter Lu et al., including but not limited to all interviews conducted whether or not the information obtained was inculpatory or exculpatory;

14.) Produce any and all investigative reports by the IRS CID unit;

15.) Produce any and all communications between IRS CID and U.S.S.E.C. Counsel, Bennett Ellenbogen et al.;

16.) Produce any and all reports including interrogatories and depositions conducted by the U.S.S.E.C. legal counsel, Bennett Ellenbogen;

17) Produce any and all claims the IRS may have against the Real-Party-In-Interest.

18) Produce any all verified federal liens against the Real-Party-In-Interest.

19) Produce all documentation showing that the IRS stated it owed the Real-Party-In-Interest. $4.5 million.

20) Show the justification used by IRS TED HANSEN aka TED LEPKOJOUS to illegally confiscate $57,000 from REEL MAGIC PRODUCTIONS.

To date the prosecution has provided only 3 out they claimed were 15 compact discs of information which they claim had over 50,000 pages of information which were purported to exist. After repeated demands to this court, they have produced only 3 disks. The first was in regards to the case against Peter Lu and John Smith, and the next two DISKS 13 and 14 WERE ENTIRELY BLANK!

i, [as] man, Sean-David: Morton now DEMAND HARD COPIES of all evidence to be produced.

## II.

## RELIEF REQUESTED

I, [as] man, the Real-Party-in-Interest moves this Honorable Court to enter an ORDER directing the prosecution to surrender HARD COPIES OF all discoverable evidence it intends to use including but not limited to all evidence specified herein.

DATED this 7th day of MARCH, anno Domini 2016,

By: _____

i, [as] man, Sean-David:Morton, Private De jure Californian, Executor/Beneficiary/Settlor, Third Party Interest Intervenor, Restrictive Indorsement, Special and Private, All Rights and Defenses Reserved Without Prejudice, Without Recourse.