Sean David Morton,
565 Pier Avenue, #1274
Hermosa Beach, California Republic
[near PZ# 90274-1274]



### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** [sic] **Plaintiff Unknown**  -v-  **Sean-David: Morton** [sic] i [as] man, | Case #s: **[CR-15-00611(A) ] SVW\*** *[Case CUSIP #31638R881, #31641Q854 and #315792416 ]  **Hon. Judge Stephan V. Wilson**  **MOTION TO STRIKE ALL DOCUMENTS FILED ON MARCH 7, 2017.** |

### MOTION
### TO STRIKE ALL DOCUMENTS FILED ON MARCH 7, 2017

Notice: i, [a] man, Sean-David, an *idiota* who is unschooled in law and therefore must be held to a different standard, agree with the Department of Justice and the attorneys for THE UNITED STATES OF AMERICA, on one point and one point only; and that is to request the Honorable Judge Stephan V. Wilson **STRIKE** all associated documents i, [a] man, submitted on March 7, 2017.

It is my **wish** to strike all of the documents from the entire record submitted on March 7, 2017, as patently absurd. I had an overly aggressive paralegal write them for me. i, [as] man, Sean-David, did not write or understand them. i, [a]man, Sean-David, sincerely and humbly apologize for the trouble, but I revoke them and otherwise **wish** to strike them permanently from the record.

Signed,

[a] Man, Sean-David: Morton
All Rights Deserved UCc-1-308