SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (Cal. Bar No. 263878)
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: valerie.makarewicz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN DAVID MORTON, et al.,<br><br>    Defendants. | No. 2:15-cr-00611-SVW<br><br>SUPPLEMENTAL BRIEFING OF UNITED STATES REGARDING DISPUTED JURY INSTRUCTION |

      Plaintiff United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, hereby submits additional briefing regarding Government's Proposed Jury Instruction No. 14.

\\\

\\\

\\\

1

On March 23, 2017, plaintiff, United States of America, and defendant, Melissa Morton, filed disputed jury instructions.  (Dkt. 153).  In the disputed jury instructions, the government proposed the following instruction:

> Title 18, United States Code, Section 287, makes it a federal crime or offense for anyone to knowingly make a false fictitious, or fraudulent claim against any department or agency of the United States.  You are instructed that the Internal Revenue Service is a department or agency of the United States within the meaning of that law.  You are further instructed that a tax return seeking a refund is a claim against the United States.  Furthermore, the defendants may be found guilty of the offense of making a false claim against the government even if there is no proof that the claim has been honored by the United States.

Defendant Melissa Morton claims that the above instruction is improper as it would negate an element of the offense, namely, that a claim be made upon the United States.  In support, defendant cites to the case of *United States v. Causey*, 835 F.2d 1289, 1292 (9th Cir. 1987) ("[T]he elements of the offense created by 18 U.S.C. § 287 are (1) presenting a claim against the United States, and (2) knowing such claim to be false.").

Defendant misapprehends the determination that the jury must make in this circumstance.  It is the factual determination of a presentment that is within the purview of the jury, not the legal question of what constitutes an agency of the United States.  The case of *United States v. Drape,* is substantially on point.  In *Drape,* defendant was convicted of filing a false claim against the United States in violation of 18 U.S.C. § 287.  *United States v. Drape,* 668 F.2d 22 (1st Cir. 1982). In upholding the defendant's conviction, the First Circuit noted that the fact that a tax return was submitted to the IRS was sufficient to show that a claim had been made upon the United States.  *Id.* at 26. (citing *United States v. Miller,* 545 F.2d

2

1204, 1212 n.10 (9th Cir. 1976), *cert. denied*, 430 U.S. 930 (1977) (abrogated on other ground by *Boulware v. United States,* 552 U.S. 421 (2008).

   The Ninth Circuit Model Jury Instructions are in substantial accord.  As noted in the commentary regarding violations of 18 U.S.C. § 1001, "the initial determination whether the matter is one within the jurisdiction of a department or agency of the United States—apart from the issue of materiality—should be made by the court as a matter of law.  *Ninth Circuit Model Criminal Jury Instr. 8.73 (2010 ed.)* [False Statement to a Government Agency] (citing *United States v. F.J. Vollmer & Co., Inc.*, 1 F.3d 1511, 1518 (7th Cir. 1993).  Thus the operative issue for the jury is that a claim was made upon the Internal Revenue Service, not the legal question of whether the Internal Revenue Service was an agency of the United States.

   For the abovementioned reasons, the government's proposed jury instruction should be adopted by the Court.

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


DATED:  4/6/2017              ___/s/_____
                             VALERIE L. MAKAREWICZ
                             JAMES C. HUGHES
                             Assistant United States Attorneys
                             Attorneys for Plaintiff
                             United States of America

3