*Lodged proposed order*

Sean David Morton,
565 Pier Avenue, #1274
Hermosa Beach,
California Republic, [near PZ# 90274-1274]

FILED
CLERK, U.S. DISTRICT COURT
APR - 5 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA **Plaintiff Unknown**[sic]<br><br>-v-<br><br>**Sean David Morton** [a] man. | Case #s: [CR-15-00611(A) ] SVW*<br>*[Case CUSIP #31638R881, #31641Q854 and #315792416 ]<br>**Hon. Judge Stephan V. Wilson**<br><br>MOTION TO DISMISS WITH PREJUDICE<br><br>AND [PROPOSED] ORDER DISMISS |
|---|---|

# INTRODUCTION

Comes now i, [as] man, Sean-David, The Real-Party-in-Interest a Third Party Interest Intervenor and Beneficiary of SEAN DAVID MORTON, Executor General of his Estate, who is neutral in the public, who is an *idiota,* unschooled in law, and is now making a special appearance before this court under the supplemental rules of Admiralty, Rule E(8), a restricted appearance, without granting jurisdiction.

## I.

### MOTION TO DISMISS WITH PREDUDICE

1. i, sean-david, [a] man, wish, desire and demand that this honorable court, Dismiss this case with prejudice.

Page 1

2. The representatives for the Plaintiff, THE UNITED STATES OF AMERICA, have not made a Prima Fascia showing of any type of intent or culpability beyond a reasonable doubt.

3. Plaintiff has not responded to an AFFIDAVIT OF NON-CULPABILITY with a CERTIFIED NON-RESPONSE from Notary Public Marlea Ramsey.

4. Plaintiff has not responded to an AFFIDAVIT OF NON-JURISDICTION with a CERTIFIED NON-RESPONSE from Notary Public Marlea Ramsey.

5. Plaintiff has failed to present any conclusive or direct evidence. Conclusive evidence is absolute. Direct evidence is strong evidence. All they are presenting is Prima Fascia, which is just barely the minimal standard.

6. When i , [as] man, say they haven't made a Prima Fascia showing, they haven't even met the minimal standard, that there was any kind of intent or culpability, and I have certified non-responses to back up that assertion.

7. Furthermore, they have not provided any witnesses with personal or direct knowledge of anything relevant to this case. Not a single witness can testify or verify under oath that they saw the Defendant's file any 1099's, or 1099-OIDs, or 1099-As or any or other forms.

8. Plaintiff has produced nothing but photocopies of anything (any forms) that were tendered. Where are the verified the signatures thereon? Do they have a handwriting expert to testify as a witness?

## **RELIEF REQUESTED**

i, [as] man, am an aggrieved man who requires remedy to this matter because representatives for the Unknown "Plaintiff" false claims affects my substantive rights and threatens my very life.

i, [as] man, respectfully request this case be dismissed and vacated forthwith.

i, as man, affirm under penalty of perjury the foregoing is true and correct according to US laws, law of the land.

i, [as] man, affirm under penalty of perjury the foregoing is true and correct according to US laws.

Respectfully,

*[signature]*

i, [as] man, Sean-David:Morton;
sean :-: david, agent
UCc 1-308 without prejudice – [a] man –
Allowing Notary as a Compelled Benefit

Sean David Morton,

565 Pier Avenue, #1274

Hermosa Beach,

California Republic, [near PZ# 90274-1274]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA [sic] **Plaintiff Unknown** <br><br> -v- <br><br> **Sean-David: Morton** <br> **[A] Man** | Case #s: [CR-15-00611(A) ] SVW <br><br> Hon. Judge Stephan V. Wilson <br><br> **[PROPOSED] ORDER TO SUMMARILY DISMISS WITH PREJUDICE** |
|---|---|

### [PROPOSED]

### ORDER TO SUMMARILY DISMISS WITH PREJUDICE

IT IS ORDERED THAT CASE NUMBER **CR 15-611 SVW** is summarily dismissed with prejudice.

IT IS ORDERED THIS ____ day of _____ 2017.

s/ _____

United States District Court Judge Stephan V. Wilson