# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

Case No.   CR15-00611-SVW                                    Date   April 6, 2017

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Interpreter

| Paul M. Cruz/Gabriela Garcia | Deborah Gackle | V. Makarewicz/J. Hughes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Sean David Morton | ✓ | | ✓ | Sean David Morton, Pro Se | ✓ | | |
| Melissa Morton | ✓ | | ✓ | Steven A. Brody | ✓ | ✓ | |

_____ Day COURT TRIAL        3rd   Day JURY TRIAL        _____ Death Penalty Phase

_____ One day trial;    Begun (1st day);    ✓   Held & continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

✓   Witnesses called, sworn and testified.

✓   Exhibits identified        ✓   Exhibits admitted

_____ Government rests.    ✓   Defendant(s)                                    rest.

✓   Motion for mistrial by   Melissa Morton        is _____  granted _____  ✓ denied _____  submitted _____

✓      Motion for judgment of acquittal (FRCrP 29)        is _____  granted _____  ✓ denied _____  submitted _____

_____ Closing arguments made        _____ Court instructs jury        _____ Bailiff sworn

_____ Alternates excused        _____ Jury retires to deliberate        _____ Jury resumes deliberations

_____ Finding by Court as follows:                    Jury Verdict as follows:

Dft # _____   Guilty on count(s) _____        Not Guilty on count(s) _____

_____ Jury polled        _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____   Referred to Probation Office for Investigation & Report and continued to _____  for sentencing.

_____ Dft # _____   remanded to custody.    Remand/Release# _____  issd.    Dft # _____  released from custody.

_____ Bond exonerated as to Dft # _____

✓   Case continued to   April 7, 2017 at 9:00 a.m.   for further trial/further jury deliberation.

✓   Other: Motion to Dismiss by pro se defendant is denied.

                                                                    5   :   30

                                        Initials of Deputy Clerk    PMC/GGA