# common law writ of prohibition (compare to all writs act)
### (compare to) Separation of Powers Restoration Act of 2016
This bill modifies the scope of judicial review of agency actions to authorize courts reviewing agency actions to decide de novo all relevant questions of law, including the interpretation of constitutional and statutory provisions and rules.

Honorable judge Wilson,

I am aggrieved and require you to change roles from executive back to judiciary.

Pardon me, i am in distress, it is my wish to be excused! i issue this extraordinary writ as a decree! I was an idiot, I granted jurisdiction to my public servants where none exists by law of the land. I am now sui juris, alive, vigilant, and not a lunatic. My procedural form for this writ may be lacking, however, every wrong requires a remedy, this is an extraordinary writ and demanded by right. US misfeasance has with force and violence damnified my dignity.

I am aggrieved and require you to remedy this wrong by vacating your executive Administrative judge role to come honor the treaty to the people as magistrate in morton court, a court of record, superior court of justice. Magda Carta – "No man shall lose his court".

I wish, claim, demand and require you to immediately prohibit the trespass usurpation of my rights by US, destroying me. I too am sovereign, one sovereign cannot sue another without consent and I do not consent to be sued by United States.

The plaintiff US in District court of inferior jurisdiction has usurped my sovereignty. I fell into a deep slumber upon my rights. I was ignorant of the law, and I require to be excused from the distress I am under. I am not chattel, I am a sovereign man, one of the people of sovereign California. I am not a whoever, defendant, citizen or person. Statutes with words of art legaleeze are being used by plaintiff as a weapon to confound the language and throw me out of my land, distressing me. I claim it is unacceptable to be tricked in such a dishonorable deceitful way by the wrongdoer's United States. If not remedied immediately irreparable injury loss of rights is my unjust fate.

As the aggrieved I require the use of this venue as a court of record in which to move my claim through. It is my wish to press my claim upon the record in open court before the plaintiff's trespass in inferior court is able to further destroy me. It is my wish to state a claim of trespass upon which relief can be granted, right now, in open court to the jury in this court of record!

I am not schooled in court procedure and I require you to inform me of how to proceed to claim my remedy. I did not know how to move my court and sat down like an idiot. In order to know how to press my claim on the record I require your immediate assistance to guide me through this unfamiliar process, you are the expert in how to move a court of record, not I. I am simply an aggrieved man who wishes for remedy and law.

I was denied due process. My usurpers have presented no accuser to swear in and speak in open court for me to confront face to face. The fraudulent claim of my usurpers is based in inferior fictional rubbish statutes, not common law. No accuser with an injury has ever stated a claim upon which relief can be granted in the inferior court. The fact is, the plaintiff US just rested their case with no injured party ever stating a claim in open court that I harmed them and that the remedy of jail will make them feel better.

I require to discharge the case of plaintiff, and excuse me from the entire void charges, I do not consent to be governed by ferocious wild animal creatures of statutes, inferior court, my public servants, any man or anything.

> The people of California state do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.

## common law writ of prohibition (compare to all writs act)
### (compare to) Separation of Powers Restoration Act of 2016
This bill modifies the scope of judicial review of agency actions to authorize courts reviewing agency actions to decide de novo all relevant questions of law, including the interpretation of constitutional and statutory provisions and rules.

Remedy for this wrong is required by me today. It is my wish my property rights do not get usurped for exploitative deterrence purposes of the US corporation. Towards this end, let me contribute Hegel's notion of Notrecht, or what can be translated in the context of his work as "the right of distress".

In his book *Philosophy of Right* (TM Knox translation), Hegel explains in Section 127: *"In the extreme danger and in conflict with the rightful property of someone else, this life may claim (as a right, not a mercy) a right of distress, because in such a situation there is on the one hand an infinite injury to a man's existence and the consequent loss of rights altogether, and on the other hand only an injury to a single restricted embodiment of freedom..."*

Thank you blessed magistrate protector of justice! I require you to prohibit United States false claim with no injured party stating a claim, as void ab initio, contrary to law of the land. I require you to discharge not dismiss the United States case against me that is destroying me. I do not choose to be a common man, it is my right to be uncommon-if I can. It is my heritage to stand erect, proud and unafraid; to think and act for myself.

COURT OF RECORD ISSUED DECREE:
The decree of the sovereign makes law.

I decree that I am in a court of record, and not in the inferior nisi prius District court I object to. As the only aggrieved man in this obscene matter of usurpation of my property rights and sovereignty, I stand my ground as one of the people who first created the inferior creature of statute animal who I demand is prohibited.

ORDER: the entire inferior proceeding brought by US, causing sean :-: david's unjust distress is VOID ab initio, excused and DISCHARGED.

Dei Gratia

Thank you for administering prompt remedy of this wrong,
I accept your duty to justice and people, I accept the truth that procedure and administrative duties are far less important that my rights that are being trespassed by US.

In faith, trust in the law, fidelity, and immediately requiring your assistance to administrate justice to make me whole.

_____ date April 6th, 2017 AD

verified claimant, Sean David Morton; sean :-: david, common law agent, one of the peerage sovereignty, a people of sovereign California republic, all rights reserved ab initio ad infinitum

> The people of California state do not yield their sovereignty to the agencies which serve them. The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know. The people insist on remaining informed so that they may retain control over the instruments they have created.