# common law writ of mandamus
(compare to all writs act)

Honorable judge Wilson,

superior court, morton court of record requires your assistance and duty to execute the mandate writ order issued by right of superior court prohibiting inferior court from trespass and usurpation of sovereignty of sean :-: david, a man, one of the people of sovereign California republic.

The decree of the sovereign makes law.

The United States case is decreed by morton superior court as void and demanded discharged as this writ of mandate commands.

Furthermore, it is mandated and required by superior court, that sean :-: david, is informed by you the magistrate on the procedure in which he moves his claim through this court of record, so he may be made whole.

In honor,
by right,   April 17-2017

morton court, a court of record, the sovereign superior court of law


The people of California state do not yield their sovereignty to the agencies which serve them.   The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is not good for them to know.   The people insist on remaining informed so that they may retain control over the instruments they have created.



treaty Constitution