## notice: verdict VOID
## Case # 15-00611(A)SUW
CR-

Comes now Sean-David: Morton, one of the people of California, in this court of record I demand the case against me is discharged, vacated, set aside because it is VOID ab initio.

Wherefore, this is a common law land and due process is common law.

Be it known, Stephen Wilson was acting ministerial and not judicially, having no jurisdiction. Stephen completely railroaded me, denying me due process and many fundamental rights, which exceeded jurisdiction. Stephen allowed mountains of false evidence of the government, and allowed suppressing my evidence of actual innocence, with jury ordered to see only evidence of my "guilt". Stephen was not honorable by allowing the government to change a date on the "true bill" to show the jury just to meet their 5 year statutes of limitations. The US changed the day of the alleged overt act to November 4 2010, 5 years to the day of the indictment. The situation has destroyed me by law enforcement being lawless!

I motioned to dismiss for failure to state a claim during trial because there was no actual claimant stating a claim, but Stephen ignored the fact that the plaintiff never came to state a claim upon which relief can be granted. The plaintiff had no jurisdiction, standing or subject matter either. My motions to dismiss proved the subject matter and standing were lacking but I was ordered that I couldn't use the motions to dismiss for lack of jurisdiction so they were never ruled on.

I was also ordered I couldn't challenge jurisdiction period and that is not acceptable, it's a denial of my rights and another reason jurisdiction is nonexistent. Standing is required by plaintiff and its nonexistent in common law, which requires a firsthand witness, therefore jurisdiction is nonexistent!

To wit: the US District court enforcing public criminal statutes made by Congress was not a common law court. I know this because I am able to appeal. In common law a felony cannot be appealed. This matters because only a court of record can imprison someone! A court of record has a judge acting judicially and only goes by common law. This is a public criminal matter therefore the court is enforcing public laws through executive branch authority, having no judicial authority, only administrative jurisdiction. I am a private man, this public non judicial trial is destroying me!

Stephen Wilson is invited to refute these truths in writing to explain and affirm he has jurisdiction. The only way he has jurisdiction is by proving that he is in a court of record, which is the only court able to hold jury trials, and to imprison. Problem is he can't prove he was acting judicially because it's not a court of record. Also, the rules of evidence in common law are different than federal rules of evidence, so it's not common law and allowed hearsay with no facts.

The US District court is not Constitutionally authorized to imprison me or hold a jury unless by law of the land, common law, in a court of record. There is no Constitutionally authorized authority to ministerialy enforce a public statute of executive branch in a court with a man acting non judicially bending law to imprison another man in an inferior court not of record. I do believe that a "judge" acting non-judicially has no immunity. If this was judicial I could not appeal from a felony and statutes wouldn't be used.

There's a lot more I could go on and on but suffice it to say the matter is VOID ab initio and is REQUIRED to stop its uncalled for attack on me.. I dishonor the entire proceeding & object. I require and demand the case and jury conviction is discharged, vacated, set aside because it is void, not voidable.

Executed on April 21, / Signed _____ 1-308 all rights reserved
Sean David Morton, sean : - : david, agent
SEAL DEI GRATIA    1-103.6 common law & equity demanded