FILED

APR 10 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. SEAN DAVID MORTON, Defendant-Appellant. | No.   17-50351  D.C. No. 2:15-cr-00611-SVW-1 Central District of California, Los Angeles  ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

A hearing is necessary to confirm that appellant Sean David Morton's request for self-representation and waiver of the right to counsel are knowing, intelligent, and unequivocal, to apprise Morton of the dangers and disadvantages of self-representation on appeal, and to determine whether the court should exercise its discretion to allow Morton to represent himself.  *See* 9th Cir. R. 4-1(d); *Hendricks v. Zenon*, 993 F.2d 664, 669 (9th Cir. 1993).

Accordingly, on Thursday, April 19, 2018 at 1:00 pm Pacific Time, the Appellate Commissioner will conduct a hearing by videoconference at the United States Court of Appeals for the Ninth Circuit in San Francisco.  Morton shall

appear for the hearing by videoconference at the United States Penitentiary in Tucson, Arizona.

Assistant United States Attorney ("AUSA") Valerie Larissa Makarewicz shall participate by telephone, or shall notify the court in writing that the government takes no position on Morton's request to represent himself. Instructions for dialing into the hearing will be provided at a later date. Counsel Makarewicz shall inform the Appellate Commissioner's office (415-355-8110 or by email) of the telephone number at which she may be reached on the day of the hearing.

The AUSA shall make the appropriate arrangements with the Federal Bureau of Prisons to produce Morton at the videoconference hearing.

At any time, Morton may file a motion to withdraw his request to represent himself by requesting that the court appoint counsel to represent Morton on appeal at government expense.

Briefing of the appeal continues to be stayed pending further order.

The Clerk shall serve this order on counsel and on appellant individually: Sean David Morton, Sean David Morton, Reg. No. 73055-112, USP Tucson, U.S. Penitentiary, P.O. Box 24550 Tucson, AZ 85734.

The Clerk also shall serve this order electronically on USP Tucson Legal Assistant Lorri Mitchell, who shall inform the court of the contact information for the videoconference technical personnel at USP Tucson.