**DECLARATION OF AUSA VALERIE L. MAKAREWICZ**

I, Valerie L. Makarewicz, declare as follows:

1. I am an Assistant United States Attorney assigned to <u>United States v. Morton</u>, 2:15-cr-00611-SVW. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached hereto and marked Exhibit A is a true and correct copy of the testimony of Kristy Morgan at the trial of this case on April 4, 2017.

3. Attached hereto and marked Exhibit B is a true and correct copy of the testimony of Barbara Lavender at the trial of this case on April 5, 2017.

4. Attached hereto and marked Exhibit C is a true and correct copy of proceedings before this Court pertaining to the submission of the exhibit list to the jury pursuant to its request on April 7, 2017.

5. Attached hereto and marked Exhibit D is a true and correct copy of the voir dire of the jury for the trial of this case on April 4, 2017.

6. Attached hereto and marked Exhibit E is a true and correct copy of defendant Sean David Morton's Opening Brief to the Ninth Circuit in case no. 17-50351 filed on May 23, 2019.

7. Attached hereto and marked Exhibit F is a true and correct copy of the government's Answering Brief to the Ninth Circuit in case no. 17-50351 filed on July 22, 2019.

8. Attached hereto and marked Exhibit G is a true and correct copy of defendant Sean David Morton's Reply Brief to the Ninth Circuit in case no. 17-50351 filed on September 9, 2019.

| | |
|---|---|
| 1 | 9.    Attached hereto and marked Exhibit H is a true and correct |
| 2 | copy of Memorandum Disposition of the Ninth Circuit in case no. 17- |
| 3 | 50351 filed on June 2, 2020. |
| 4 | I declare under penalty of perjury under the laws of the United |
| 5 | States of America that the foregoing is true and correct and that |
| 6 | this declaration is executed at Los Angeles County, California, on |
| 7 | 2/26/2020. |

*/s/ Valerie Makarewicz*

_____
VALERIE L. MAKAREWICZ

2