UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  **2:15-cr-00611-SVW-1**/2:20-cv-11504-SVW          Date: May 3, 2021

Present: The Honorable: Stephen V. Wilson, U.S. District Judge

Interpreter: NA

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Sean David Morton | | X | | N/A | | | |

**Proceedings:** IN CHAMBERS ORDER DENYING MOTION TO VACATE SENTENCE [346] AND MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS [355]

   Before the Court is Defendant's motion to vacate sentence pursuant to 28 U.S.C. § 2255. Dkt. 346. Defendant's motion is DENIED for the reasons stated in the Government's opposition. *See* Dkt. 354, at 10-18. No certificate of appealability will issue. The motion for partial judgment on the pleadings is DENIED as moot.

   IT IS SO ORDERED.


cc


                                                                              :
                                           **Initials of Deputy Clerk**  gga